IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **RAFEE BROWN and WILLIE STYLES,** <br><br> **Plaintiffs,** <br><br> vs. <br><br> **M & R HOME SOLUTIONS, LLC, RAYMOND VAN TIFLIN II, and MADELEINE STANLEY,** <br><br> **Defendants.** | Civil Action No. 1:18-cv-1058-SCJ |

## SUGGESTION OF BANKRUPTCY

Plaintiffs Rafee Brown and Willie Styles provide notice to the Court and parties that on November 5, 2020, Defendant Raymond Van Tiflin II filed a voluntary bankruptcy petition in the United States Bankruptcy Court for the Northern District of Georgia under Chapter 7 of the Bankruptcy Code (11 U.S.C. § 11 *et seq.*), the same being *In re: Raymond Maurice Van Tiflin II.*, Bankruptcy Case No. 20-71462-lrc.

Pursuant to 11 U.S.C. § 362, the present action is stayed with respect to the Debtor in that case, Defendant Raymond Van Tiflin II. The stay should not apply to the remaining Defendants, however, because no "unusual circumstances" exist

warranting departure from the rule that "the automatic stay provisions of section 362(a) generally are not available to third-party non-debtors."[1]

This 16th day of November 2020,

                                Respectfully submitted,

                                **DELONG, CALDWELL, BRIDGERS,**
                                **FITZPATRICK & BENJAMIN, LLC**

                                */s/ Matthew W. Herrington*

101 Marietta Street, NW        Charles R. Bridgers
Suite 2650                          Georgia Bar No. 080791
Atlanta, Georgia 30303          Matthew W. Herrington
(404) 979-3150 Telephone      Georgia Bar No. 275411
(404) 979-3170 Facsimile
charlesbridgers@dcbflegal.com   Counsel for Plaintiff
matthew.herrington@dcbflegal.com

---

[1] *In re Sunbeam Secs. Litig.*, Nos. 98-8258, 99-8275, 2001 U.S. Dist. LEXIS 8931, at *3 (S.D. Fla. Mar. 26, 2001) (citing *McCartney v. Integra Nat. Bank North*, 106 F.3d 506, 509-10 (3rd. Cir. 1997); *Croyden Assocs. v. Alleco, Inc.*, 969 F.2d 675, 677 (8th Cir.1992)).

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **RAFEE BROWN and WILLIE STYLES,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**M & R HOME SOLUTIONS, LLC, RAYMOND VAN TIFLIN II, and MADELEINE STANLEY,**<br><br>**Defendants.** | Civil Action No. 1:18-cv-1058-SCJ |

### CERTIFICATE OF SERVICE

I hereby certify that on this date I have filed the foregoing document in the Court's CM/ECF system, thereby ensuring electronic service upon all counsel of record. I further certify that on this date I served the foregoing document on the following by U.S. Mail, postage prepaid:

M&R Home Solutions, LLC
Madeleine Stanley
Raymond Van Tiflin, II
308 Nobleman Way
Canton, GA 30114

Dated: November 16, 2020

/s/ *Matthew W. Herrington*
Matthew W. Herrington
Georgia Bar No. 275411

Counsel for Plaintiffs